# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AUGUSTINE BAND OF CAHUILLA INDIANS, a federally recognized Indian Tribe,**<br><br>**Plaintiff**<br><br>v.<br><br>**STATE OF CALIFORNIA, and GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,**<br><br>**Defendants** | **CASE NO. 1:21-CV-1509 NONE SAB**<br>**CASE NO. 1:19-CV-0024 AWI SKO**<br>**CASE NO. 1:20-CV-1147 AWI SKO**<br>**CASE NO. 1:20-CV-1318 AWI SKO**<br>**CASE NO. 2:20-CV-1539 AWI SKO**<br>**CASE NO. 2:20-CV-1585 AWI SKO**<br>**CASE NO. 2:20-CV-1630 AWI SKO**<br>**CASE NO. 2:20-CV-1918 AWI SKO**<br><br>**ORDER RELATING AND REASSIGNING CASE** |

Plaintiff Augustine Band of Cahuilla Indians has filed suit against the State of California alleging violations of the Indian Gaming Regulatory Act. Specifically, Plaintiff alleges that Defendant failed to engage in good faith negotiations on a new Tribal-State gaming compact. This suit shares significant legal and factual similarities with a number of other cases already assigned to the undersigned. Plaintiff has filed a notice of related cases.

Local Rules state that "If the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself." Local Rule 123(c). To guide this determination, the Local Rules also provide that:

An action is related to another action within the meaning of this Rule when

(1) both actions involve the same parties and are based on the same or a similar claim;

(2) both actions involve the same property, transaction, or event;

(3) both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise; or

(4) for any other reasons, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges.

Local Rule 123(a). Here, the cases are similar enough to Chicken Ranch and the other IGRA cases that assignment to the same judge should effect a substantial savings of judicial effort. Relation of cases is proper. Because the undersigned has the lowest numbered related case, the above-entitled case will be reassigned to the dockets of Senior District Judge Anthony Ishii and Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated: November 16, 2021            _____
                                    SENIOR DISTRICT JUDGE