ROB BONTA  
Attorney General of California  
SARA J. DRAKE  
Senior Assistant Attorney General  
T. MICHELLE LAIRD  
Supervising Deputy Attorney General  
JEREMY STEVENS, State Bar No. 313883  
TIMOTHY M. MUSCAT, State Bar No. 148944  
Deputy Attorneys General  
  1300 I Street, Suite 125  
  P.O. Box 944255  
  Sacramento, CA 94244-2550  
  Telephone: (916) 210-7779  
  Fax: (916) 323-2319  
  E-mail: timothy.muscat@doj.ca.gov  
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AUGUSTINE BAND OF CAHUILLA INDIANS, a federally recognized Indian Tribe,**<br><br>                          Plaintiff,<br><br>  v.<br><br>**STATE OF CALIFORNIA, and GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,**<br><br>                          Defendants. | Case No. 1:21-cv-01509-AWI-SKO<br><br>**NOTICE OF CHANGE OF COUNSEL WITHIN SAME OFFICE**<br><br><br>Courtroom: 2<br>Judge: Hon. Anthony W. Ishii<br>Trial Date: None Set<br>Action Filed: October 12, 2021 |

Notice is hereby given that, within the California Department of Justice, Office of the Attorney General, Deputy Attorneys General Timothy M. Muscat and Jeremy Stevens have been added as counsel for this matter, and Deputy Attorney General Colin A. Wood is no longer counsel for this matter. Please add Deputy Attorneys General Muscat's and Stevens's names and contact information, remove Deputy Attorney General Wood's name and contact information, and send all future correspondence, pleadings, and other documents with respect to this matter to:

Timothy M. Muscat, Deputy Attorney General
Office of the Attorney General
Department of Justice
1300 I Street, Suite 125
Post Office Box 944255
Sacramento, CA  94244-2550
Phone:  916-210-7779
Fax:  916-327-2319
E-Mail:  timothy.muscat@doj.ca.gov

Jeremy Stevens, Deputy Attorney General
Office of the Attorney General
Department of Justice
1300 I Street, Suite 125
Post Office Box 944255
Sacramento, CA  94244-2550
Phone:  916-210-6527
Fax:  916-327-2319
E-Mail:  jeremy.stevens@doj.ca.gov

Dated:  June 27, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
T. MICHELLE LAIRD
Supervising Deputy Attorney General
JEREMY STEVENS
Deputy Attorney General

*/s/ Timothy M. Muscat*

TIMOTHY M. MUSCAT
Deputy Attorney General
*Attorneys for State Defendants*

# CERTIFICATE OF SERVICE

Case Name: **Augustine Band v. State of California, et al.**    No.    **1:21-cv-01509-AWI-SKO**

I hereby certify that on <u>June 27, 2022</u>, I caused to be electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF CHANGE OF COUNSEL WITHIN SAME OFFICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>June 27, 2022</u>, at Sacramento, California.

| Linda Thorpe | */s/ Linda Thorpe* |
|---|---|
| Declarant | Signature |